**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 06-143 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| John Jacob Williams, | |
| Defendant. | |

---

Before the Court are Defendant's Objections to the March 8, 2007, Report and Recommendation of Magistrate Judge Franklin L. Noel. In a thorough and well-reasoned memorandum, Judge Noel has recommended the denial of Defendant's speedy trial motion to dismiss and motion to suppress evidence.

The undersigned has reviewed de novo the objected to portions of the Report and Recommendation, which review has included the transcript (Doc. No. 69) of the February 15, 2007, motion hearing before Judge Noel, the written submissions of the parties, and all of the files, records and proceedings herein. That review satisfies the Court that Judge Noel's recommended disposition of the subject Motions is fully supported by the factual record before him and controlling legal principles.

Accordingly, **IT IS ORDERED**:

1. The Objections (Doc. No. 71) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 65) is **ADOPTED**;

    3.  Defendant's Motion to Dismiss as a Result of Speedy Trial Act Violation (Doc. No. 44) is **DENIED**; and

    4.  Defendant's Motion to Suppress (Doc. No. 53) is **DENIED**.

Dated: April 9, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge