**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| United States of America, | Criminal No. 06-143 (1) (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| John Jacob Williams, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 4, 2007, all the files and records, and the undersigned's de novo review of the Report and Recommendation and Defendant's Objections thereto, **IT IS ORDERED**:

1. Defendant's Objections (Doc. No. 86) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 84) is **ADOPTED**; and

3. Defendant's Motions to Dismiss for Speedy Trial Violations (Doc. Nos. 74 and 75) are **DENIED**.

Dated: July 2, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
