# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 06-143 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| John Jacob Williams, | |
| Defendant. | |

---

Defendant's pro se Motion for a New Trial (Doc. No. 103), including his July 18, 2007, letter to the court (attached) is **DENIED**.

Dated: July 24, 2007

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge