## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America | Criminal No. 06-143 (1) RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| John Jacob Williams, | |
| Defendant. | |

---

Defendant Williams has now filed his second pro se Motion for a New Trial. Based upon all the files, records and proceedings herein, **IT IS ORDERED** that said Motion (Doc. No. 105) is **DENIED**.

Dated: August 31, 2007

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge