UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-143 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN JACOB WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved this court for an extension of time in which to file notice of appeal pursuant to Rule 4(b)((4) of the Rules of Appellate Procedure. Based on good cause shown, it is hereby ordered that the defendant has until February 4, 2008 in which to file the notice of appeal.

Dated: 1/7/08                                                              s/Richard H. Kyle
                                                                                     Honorable Richard H. Kyle
                                                                                     United States District Judge