# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America. | Criminal No. 06-143 (1) (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| John Jacob Williams, | |
| Defendant. | |

Defendant's Pro Se Motion for Evidentiary Hearing (Doc. No. 121) is **DENIED**.

Dated: January 24, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
