# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America | Criminal No. 06-143 (1) (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| John Jacob Williams, | |
| Defendant. | |

---

Having been advised that counsel for Defendant is "withdrawing the motion for appointment" of counsel in this matter, the Motion for Appointment of Counsel (Doc. No. 133) is **DENIED AS MOOT**.

Dated: June 2, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
